441 A.2d 780

John Cardullo & Sons, Appellant v. Vigilante, et ux.

Argued November 18, 1981. James A. Lammendola, for appellant; Michael C. Rainone, for appellees.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

The order is affirmed on the comprehensive opinion of Judge Ethan Allen Doty of the Court of Common Pleas of Philadelphia County.

441 A.2d 781

Carr v. State Farm Ins. Co., Appellant.
Petition for Allowance of Appeal Granted June 1, 1982.

Argued June 24, 1981. Alan Dion, and Frederick E. Smith, Jr., for appellant; Eugene A. Spector, for appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Order affirmed.

Decision was rendered prior to DiSALLE, J., leaving the bench of the Superior Court of Pennsylvania.